| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Charles W Daff, Bar No 76178**<br>**2107 N Broadway**<br>**Suite 308**<br>**Santa Ana, CA 92706**<br>**Tel: 657-218-4800 Fax: 657-218-4858**<br><br>charleswdaff@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☑ Attorney for:///Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| In re:<br><br>John R Pedalino<br>                                             Debtor. | CASE NO.: **6:13-bk-11489 WJ**<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR: CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO MAKE INTERIM DISTRIBUTION TO CREDITORS [SECOND MOTION]**<br>*(Specify name of Motion)* |
| | DATE: June 26, 2018<br>TIME: 1:00 p.m.<br>COURTROOM: 304<br>PLACE: US Bankruptcy Court, 3420 Twelfth St., 3rd Floor, Riverside, CA 92501 |

1. TO (specify name): **DEBTOR, CREDITORS AND PARTIES IN INTEREST**
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.
5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  05/15/18

Charles W Daff
Printed name of law firm

Signature
**Charles W. Daff , Chapter 7 Trustee**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                              F 9013-1.1.HEARING.NOTICE

Printed name of attorney

December 2012

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 2

F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2107 N Broadway
Suite 308
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Motion (with Hearing); Chapter 7 Trustee's Motion for Authority to Make Interim Distribution to Creditors, [Second Motion] with Proof of Service__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __05/15/18__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Patrick J. Casey    notice@rhlawfirm.com
Thomas H Casey     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Charles W Daff (TR)    charlesdaff@yahoo.com, c122@ecfcbis.com
Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Arnold L Graff    ecfcacb@aldridgepite.com, ALG@ecf.inforuptcy.com;agraff@aldridgepite.com
Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Kathleen J McCarthy    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Michael E McCarthy    michael.mccarthy@troutmansanders.com, christina.lopez@troutmansanders.com;anabel.pineda@troutmansanders.com
Penelope Parmes    penelope@parmeslaw.com
Meghan C Sherrill    meghan.sherrill@troutmansanders.com, samantha.schuster@troutmansanders.com
Meghan C Sherrill    meghan.sherrill@troutmansanders.com, samantha.schuster@troutmansanders.com
Valerie Smith    claims@recoverycorp.com
Robert W Stewart    Dawne@rwstewartjrlaw.com
Robert W Stewart    Dawne@rwstewartjrlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __05/15/18__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
HON. WAYNE JOHNSON, US BANKRUPTCY COURT, 3420 TWELFTH ST., RIVERSIDE, CA. 92501
MICHAEL TOAL, CALIFORNIA BANK & TRUST, 1900 MAIN ST., #150, IRVINE, CA. 92614

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/15/18 | Charles W. Daff 76178 | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 3                                   F 9013-1.1.HEARING.NOTICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:13-bk-11489-WJ<br>Central District of California<br>Riverside<br>Tue May 15 17:48:40 PDT 2018 | AmTrust North America, Inc. on behalf of Dev<br>c/o Maurice Wutscher LLP<br>2000 Auburn Drive Suite 200<br>One Chagrin Highlands<br>Beachwood, OH 44122 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Hahn Fife & Company LLP<br>790 East Colorado Blvd 9th Floor<br>Pasadena, CA 91101-2193 | Hahn Fife & Company<br>790 E Colorado Blvd 9th Fl<br>Pasadena, CA 91101-2193 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bernard Debonnne<br>73111El Paseo Ste 206<br>Palm Desert CA 92260 |
| California Bank & Trust<br>1900 Main Street<br>Irvine CA 92614-7320 | Desert Elite Inc<br>78401 Hwy 111 Ste X<br>La Quinta CA 92253-2066 | Developers Surety and Indemnity CO<br>The Insco Dico Group<br>17771 Cowan Ste 100<br>Irvine CA 92614-6044 |
| Developers Surety and Indemnity Company<br>Attn Subro #82300S<br>POB 19725<br>Irvine CA 92623-9725 | Insurance Company of the West<br>Attn: Surety<br>11455 El Camino Real<br>San Diego CA 92130-2088 | Insurance Company of the West<br>POB 85563<br>San Diego CA 92186-5563 |
| JOHN B PEDALILNO<br>50455 WOODMERE<br>LA QUINTA CA 92253-8509 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Robert W Stewart JrMember<br>73350El Paseo<br>Ste 203<br>Palm Desert CA 92260 |
| The Hartford<br>POB 660916<br>Dallas TX 752660916 | US Trustee<br>3801 University Ste 720<br>Riverside CA 92501-3255 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Village Investment Partners<br>940 Enimett ye #200<br>Belmont CA 94002 | Wells Fargo Bank N A<br>P02 10335<br>Des Moines IA 50306 | Wells Fargo Bank N A<br>POB 348750<br>Sacramento CA 95834-8750 |
| Wells Fargo Bank N A<br>POB 4233<br>Portland OR 97208 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Charles W Daff (TR)<br>2107 N. Broadway<br>Suite 308<br>Santa Ana, CA 92706-2634 |
| John R Pedalino<br>78401 Hwy 111, Ste X<br>La Quinta, CA 92253-2066 | Robert W Stewart Jr<br>73350 El Paseo Ste 203<br>Palm Desert, CA 92260-4240 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
POB 15220
Wilmington DE 198865019

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) U.S. Bank National Association, as Truste    (u)California Bank & Trust    (u)Courtesy NEF

(u)Insurance Company Of The West    End of Label Matrix
Mailable recipients    28
Bypassed recipients    4
Total    32